UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00247-BR

| | | |
|---|---|---|
| PATRICK DEON SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the 1 May 2013 Memorandum and Recommendation ("M&R") of Magistrate Judge Robert B. Jones, Jr. recommending that this action be dismissed because the complaint is frivolous. Plaintiff has not filed objections to the M&R. The court ADOPTS the M&R as its own. Accordingly, this case is DISMISSED, and the CLERK is DIRECTED to close the case.

This 7 June 2013.

_____
W. Earl Britt
Senior U.S. District Judge