UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Patrick Deon Solomon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| State of North Carolina, | ) | 5:13-CV-247-BR |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on the 1 May 2013 Memorandum and Recommendation ("M&R") of Magistrate Judge Robert B. Jones, Jr .

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the M&R as its own. Accordingly, this case is DISMISSED, and the CLERK is DIRECTED to close the case.

**This judgment filed and entered on June 7, 2013, and served on:**

Patrick Deon Solomon (via US Mail at 5211 Evergreen Forest Way Apt. 101, Raleigh, NC 27616 )

June 7, 2013  /s/ Julie A. Richards,
 Clerk of Court